Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Daniel Law (SBN:308855)
dlaw@slpattorney.com
Ariel S. Harman-Holmes (SBN : 315234)
aharman-holmes@slpattoreny.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838
Attorneys For Plaintiffs,
LARRY HIXSON

SPENCER P. HUGRET (SBN:  240424)
shugret@grsm.com
ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
SARAH CARLSON LAMBERT (SBN 247360)
slambert@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HIXSON,<br><br>             Plaintiff,<br><br>      vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 3:22-CV-09062-WHA<br><br>**JOINT REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>State Court Complaint Filed: June 3, 2022<br><br>CMC: April 13, 2023, 11AM<br><br>***Remote Appearance Requested*** |

-1-

JOINT REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE REMOTELY

**TO THE HONORABLE COURT:**

Plaintiff LARRY HIXSON ("Plaintiff") and Defendant Ford Motor Company ("Defendant") (collectively, the "Parties") respectfully request the Court allow the Parties to appear at the April 13, 2023 Case Management Conference ("Conference") remotely.

Plaintiff's counsel is located in Los Angeles, California. Counsel for both parties have litigated multiple California Lemon Law matters with each other, the vast majority involving facts and legal issues similar to the issues presented in this case. The Parties do not anticipate any new or novel arguments which would present a roadblock to discussing issues and scheduling at the Status Conference, should the Parties be allowed to appear through remote means.

Good cause exists for this request as Plaintiff's counsel are not located in San Francisco and significant travel would create unnecessary financial and scheduling burdens for Plaintiff's counsel. Defendant's counsel would also be able to save Defendant time and money if allowed to appear remotely.

For the reasons set forth herein, Plaintiff respectfully requests an exemption to the Court's in-person requirement for the April 13, 2023 Status Conference and request that the Parties' counsel be allowed to participate remotely.

Respectfully Submitted,

DATED: April 7, 2023   GORDON REES SCULLY MASUKHANI, LLP

By: */s/ Sarah Carlson Lambert*
Spencer P. Hugret
Eric D. Sentlinger
Sarah Carlson Lambert
Attorneys for Defendant
FORD MOTOR COMPANY

DATED: April 7, 2023   STRATEGIC LEGAL PRACTICES, APC

By: */s/ Ariel Harman-Holmes*
Ariel Harman-Holmes
Attorneys for Plaintiff
LARRY HIXSON