Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Daniel Law (SBN:308855)
dlaw@slpattorney.com
Ariel S. Harman-Holmes (SBN : 315234)
aharman-holmes@slpattoreny.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838
Attorneys For Plaintiffs,
LARRY HIXSON

SPENCER P. HUGRET (SBN:  240424)
shugret@grsm.com
ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
SARAH CARLSON LAMBERT (SBN 247360)
slambert@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HIXSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　Defendant(s). | Case No. 3:22-CV-09062-WHA<br><br>**[PROPOSED] ORDER ON JOINT REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE REMOTELY**<br><br>State Court Complaint Filed: June 3, 2022<br><br>CMC: April 13, 2023, 11AM<br><br>*Remote Appearance Requested* |

-2-

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Request to Appear Remotely at the April 13, 2023 Scheduling Conference, and good cause appearing,

IT IS ORDERED THAT

Counsel for the Parties may appear at the April 13, 2023 Scheduling Conference remotely.

IT IS SO ORDERED.

DATED: _____
_____
Hon. William H. Alsup