1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7

8                            NORTHERN DISTRICT OF CALIFORNIA

9

10    LARRY HIXSON,

11                  Plaintiff,                      No.  C 22-09062 WHA

12          v.

13    FORD MOTOR COMPANY,                           **ORDER RE JOINT MOTION TO
                                                    APPEAR REMOTELY**
14                  Defendant.

15    _____

16          The Court has received the parties' joint request to appear by remote means (Dkt. No.

17    16).  In the Court's experience, telephonic hearings on discussions of this nature are awkward

18    and inconducive to a proper hearing.  Counsel for plaintiff filed in this district in state court

19    and counsel for defendant removed to this federal district court.  Having done so, neither

20    should be surprised that they should attend hearings in person in San Francisco.  The pandemic

21    emergency is over.  No special reason is given for an inability to travel.  Their joint case

22    management statement is too complicated to address by telephone.  The parties' joint motion is

23    DENIED.

24          **IT IS SO ORDERED.**

25    Dated:  April 8, 2023.

26

27                                                 _____
                                                   WILLIAM ALSUP
28                                                 UNITED STATES DISTRICT JUDGE

*United States District Court*
*Northern District of California*