1  Tionna Dolin (SBN 299010)
   Email: tdolin@slpattorney.com
2  Michael Tracy (SBN 237779)
   Email: mtracy@slpattorney.com
3  Strategic Legal Practices, APC
4  1888 Century Park East, 19th Floor
   Los Angeles, CA 90067
5  Telephone: (310) 929-4900
6  Facsimile: (310) 943-3838

7
   Attorney for Plaintiff
8  LARRY HIXSON

9

10                UNITED STATES DISTRICT COURT

11                NOTHERN DISTRICT OF CALIFORNIA

12

13 | LARRY HIXSON,                          | Case No.: **3**:22-cv-09062-WHA
14 |
15 |            Plaintiff,                   | Hon. William Alsup
16 |    vs.                                  | **DECLARATION OF MICHAEL
17 |                                         | TRACY IS RESPONSE TO ORDER
   | FORD MOTOR COMPANY;  et al,             | TO SHOW CAUSE AS TO WHY
18 |                                         | CASE SHOULD NOT BE
19 |            Defendants.                  | DISMISSED.**

20                                           Hearing Date: May 11, 2023 1:30PM
21
22
23
24
25
26
27
28

## DECLARATION OF MICHAEL TRACY

I, Michael Tracy, declare as follows:

1. I am an attorney at law, duly admitted and licensed to practice before all courts of this State and I am an associate of STRATEGIC LEGAL PRACTICES, APC. ("SLP") I am one of the attorneys for Plaintiff LARRY HIXSON ("Plaintiff") in this action and my knowledge of the information and events described herein derives from a combination of my personal knowledge and a careful review of the file, relevant court records, and if called as a witness, I could and would competently testify thereto.

2. On April 8, 2023, this Court denied the parties Joint Motion to Appear Remotely.

3. I was assigned to appear for the Case Management Conference to be held on April 13, 2023.

4. However, I had not yet appeared in the case and did not realize I needed to travel to San Francisco to make the appearance until I was preparing for the hearing on April 12, 2023.

5. While the SLP does not have any local counsel directly employed, SLP does associate in local counsel Dara Tabesh of Ecotech Law Group, PC in certain cases. I endeavored to have Mr. Tabesh associated into the matter to appear on my behalf.

6. However, I was then notified this was not possible as Mr. Tabesh was hospitalized on the date the scheduling conference was set to take place. I was informed of this fact on the morning of April 13. At that time, there was no way I could appear and I filed the *ex parte* application seeking a continuance immediately.

7. At the same time, I was also suffering from a severe eye infection. While I do not have a doctors note for the severe eye infection, and did not state it prevented me from any travel. The declaration reads, "I have a severe eye infection and do not wish to travel until it is resolved." Nonetheless, by the time I was informed that local counsel could not appear, I could not have traveled there under any circumstances given it was already the morning of the hearing.

1

DECLARATION OF MICHAEL TRACY IS RESPONSE TO ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED.

8. On April 7, 2023, I defended the deposition of a plaintiff in another Ford case, Gordon v. Ford Motor Company and I was wearing an eye patch because of this problem.

9. Plaintiff has not missed any other in person hearings in this case and this is not an incident likely to recur.

10. Counsel for Defendant has not stated any prejudice they have suffered, nor does it appear Defendant suffered any prejudice.

11. The failure to appear in person was a mistake, and we sincerely apologize to the Court and Defendant's counsel for any inconvenience caused by it. We will endeavor to ensure this error does not occur again in the future.

12. The Court's Order (Dkt. No. 19) requires this response to be "under oath," but looking at the factors outlined in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), this incident does not warrant the "extreme circumstances" required for dismissal.

In conclusion, Plaintiff respectfully requests that the Court discharge the OSC.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 27, 2023.

By: _____
Michael Tracy
Attorneys for Plaintiff
LARRY HIXSON