UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY HIXSON,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.

No. C 22-09062 WHA

**NOTICE RE ORDER TO SHOW CAUSE**

Plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution, given counsel's failure to appear at the initial case management conference — the first and only hearing in this action thus far. In plaintiff's response, counsel represents that "Plaintiff has not missed any other in person hearings in this case and this is not an incident likely to recur" (Tracy Decl. ¶ 9). Plaintiff shall not miss any other in person hearing nor shall the incident in question recur. Counsel for plaintiff **SHALL FILE A CERTIFICATION** that he has read the case management order. The May 11 hearing on the order to show cause is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 5, 2023.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE